# THE PORTO RICO POWER & LIGHT CO.

*v.*

## ARSENE L. ARPIN.

San Juan, Law, No. 415.

A verdict valuing land sought to be condemned at $10,000 will be set aside as excessive when the proof showed it to be worth only $70.

Opinion filed May 7, 1907.

*Henry F. Hord, Esq.,* attorney for plaintiff.

*N. B. K. Pettingill,* attorney for defendant.

RODEY, Judge, delivered the following opinion:

This cause comes before the court on the motion of the plaintiff to set aside the findings of the jury heretofore made in the same, and to restore the case to the docket for a new appraisement and trial in the premises.

The verdict rendered herein fixed the value of the land sought to be condemned at the sum of $10,000, when all of the evidence in the case showed that it was worth somewhere about $70. It was difficult, during the course of this trial, to adapt the local procedure under the statute to the procedure that governs in this court, but in that regard we did the best we could, as we found had been done in United States courts in other jurisdictions, and sent the jury out to the location of the land, so that they might see it for themselves. They were in charge of a marshal during the trip, which took practically all of one day. While we are not admitting that we instructed them improperly, it is manifest that the jury misunderstood the instructions as given, and could not devest themselves of the claimed rights of the defendant in controversy. The verdict under consideration is so excessive that the court cannot, in conscience, permit it to stand; and, in any event, as the main contention between the parties will have to be decided by the Supreme Court of the United States, as it is now on appeal there, it is, in our opinion, much better that the verdict in this phase of the matter should be a proper one, and then, when the opinion of the Supreme Court of the United States is handed down in the main contention, the whole matter will be in easy process of settlement.

The verdict of the jury will, therefore, be set aside, and the

case restored to the docket for a new trial in the premises, and it is so ordered.